Signed and Filed: October 10, 2012

_____
**THOMAS E. CARLSON**
U.S. Bankruptcy Judge

RICHARD A. LA CAVA
LAW OFFICES OF RICHARD A. LA CAVA
3814 24TH STREET, SUITE 202
SAN FRANCISCO, CA 94114
(415) 282-8960 STATE BAR #135653
richard@lacavalaw.com
www.lacavalaw.com

Attorney for Debtor:
    PATRICIA A. RICHARDSON

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PATRICIA A. RICHARDSON<br><br>    Debtor. | Case No.: 11-30605SFC-13<br><br>ORDER re: OBJECTION TO CLAIM |

    Upon consideration of the Debtor's Objection To Claims 2, 4 and 7 filed with the Court on September 17, 2012 and after a hearing on October 5, 2012 and good cause appearing thereof;

    Good cause appearing thereof, it is ORDERED, ADJUDGED AND DECREED, that CLAIM No. 4 of the Neiman Marcus, a division of The Neiman-Marcus Group, Inc. and Claim No. 7 of the Capital One, N.A. BASS & ASSOCIATS, PC be disallowed as unsecured claims and therefore are not allowable claim.

    It is further ordered that Claim No. 2 is an allowable claim.

**END OF ORDER**

# COURT SERVICE LIST

Capital One NA.
Bass & Associates PC
3936 E. F. Lowell Rd. Suite 200
Tuscon, AZ 85712

HSBC Card & Retail Services N. A.
Attn: Rita Torres, Administrative Assistant
Bass & Associates, P.C.
3936 E. Ft. Lowells Suite 200
Tucson, AZ 85712

HSBC Card & Retail Services
c/o Leland Alan Stark, A Law Corp.
Leland A. Stark
201 Santa Monica Blvd. Suite 320
Santa Monica, CA 90401-2223

Neiman Marcus, A division of the Neiman-Marcus Group, Inc.
c/o Leland Alan Stark, A Law Corp.
Leland A. Stark
201 Santa Monica Blvd. Suite 320
Santa Monica, CA 90401-2223